*U.S. Department of Justice*
*United States Attorneys*

# United States District Court
# for the Southern District of Florida

NO. 24-8555-BER

**UNITED STATES OF AMERICA**

v.

WILMER ORLANDO MOTINO        /

Inmate Name: Wilmer Orlando Motino

Inmate #: PBCJ inmate# 0539621

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

To:   ANY UNITED STATES MARSHAL, and

WARDEN, Palm Beach County Jail

It appearing from the petition of the United States of America that the defendant in the above case, Wilmer Orlando Motino is confined in the Palm Beach County Jail at 3228 Gun Club Rd, West Palm Beach, FL 33406 and that this case is set for an Initial Appearance as to the defendant at United States District Court, 701 Clematis Street  West Palm Beach, FL 33401, and that it is necessary for the defendant to be before this Court for this proceeding;

NOW, THEREFORE, this is to command you, any United States Marshal, that you have the body of Wilmer Orlando Motino now in custody as aforesaid, under safe and secure conduct, before this Court at 701 Clematis Street  West Palm Beach, FL 33401 by or before, A. M., on May 13, 2025 for a Initial Appearance on the criminal charges pending against the defendant in this case, and upon completion of all proceedings that you return the defendant with all convenient speed, under safe and secure conduct to the custody of the Warden of the aforesaid penal institution.

And this is to command you, the Warden of Palm Beach County Jail at 3228 Gun Club Rd, West Palm Beach, FL 33406 to deliver into the custody of any United States Marshal, upon production to you of a certified copy of this writ, the body of the defendant for safe and secure conduct to this district for this purpose.

DONE and ORDERED at West Palm Beach Florida, this 9 day of May, 2025

RYON M. McCABE
UNITED STATES MAGISTRATE JUDGE

cc:   U.S. Attorney (AUSA Aurora Fagan )
U.S. Marshal (3 certified copies)
Chief Probation Officer